IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CW, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:10-cv-00087-PPS-CAN |
| ) | |
| TEXTRON, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' MOTION TO PLACE UNDER SEAL THE EXHIBITS TO THEIR PREVIOUSLY FILED MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF TEXTRON INC.'S PRESENTED EXPERT, DR. MICHAEL WEINRAUB

Plaintiffs, CW and EW, by their next friends, parents and legal guardians, Adele A. Wood and Jason A. Wood request that the exhibits to their Motion to Exclude Opinions and Testimony of Textron Inc.'s Presented Expert, Dr. Michael Weinraub [dk.129] ("Motion to Exclude Dr. Weinraub") be placed under seal. There are references to the minor's names and medical conditions in the exhibits, and per Fed. R. Civ. P. 5.2(a), such should be kept private. Counsel for Textron does not object to placing the exhibits A-D to the Motion to Exclude Dr. Weinraub under seal.

**WHEREFORE**, Plaintiffs respectfully request that the Court place the exhibits (A-D) to Plaintiffs' Motion to Exclude Opinions and Testimony of Textron Inc.'s Presented Expert, Dr. Michael Weinraub under seal; and for all other appropriate relief.

Respectfully submitted,

**STEWART & IRWIN, P.C.**


By     *s/ Nicholas Gahl*
     Donn H. Wray (Atty. No. 1643-49)
     dwray@silegal.com
     James W. Brauer (Atty No. 3649-49)
     jbrauer@silegal.com
     Glenn D. Bowman (Atty. No. 4085-49)
     gbowman@silegal.com
     Nicholas K. Gahl (Atty. No. 27842-49)
     ngahl@silegal.com
     Marc A. Menkveld (Atty. No. 29381-32)
     mmenkveld@silegal.com
     251 East Ohio Street, Suite 1100
     Indianapolis, Indiana  46204
     Phone:  (317) 639-5454
     Fax:  (317) 632-1319

     *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 2nd day of November, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Frank J. Deveau
fdeveau@taftlaw.com
William C. Wagner
wwagner@taftlaw.com
David L. Guevara, Jr.
dguevara@taftlaw.com
Bradley R. Sugarman
bsugarman@taftlaw.com
Michael D. Chambers
mchambers@taftlaw.com
Geoffrey G. Slaughter
gslaughter@taftlaw.com
John D. Papageorge
jpapageorge@taftlaw.com
Michele L. Richey
mrichey@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204

*Attorneys for Textron, Inc.*

                *s/ Nicholas Gahl*

SI-497183_1.DOC