UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Cause No. 3:10-cv-87-PPS-CAN |
| ) | |
| TEXTRON, INC., ) | |
| ) | |
| Defendant. ) | |

# Textron's Motion *In Limine* to Exclude Report and Testimony of Plaintiffs' Expert Witness, Dr. James G. Dahlgren

Defendant, Textron, Inc., respectfully moves *in limine* to exclude from evidence the expert report of Plaintiffs' witness, James G. Dahlgren, M.D., dated August 23, 2011, and to bar all testimony at trial by Dr. Dahlgren. He was retained to opine on the medical causation of Plaintiffs' alleged past and future medical problems. Dahlgren's opinions do not satisfy the criteria for admissibility under Rule 702 of the Federal Rules of Evidence and the Supreme Court's decision in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). The methodology underlying Dahlgren's opinions is not scientifically valid, and a number of other courts have excluded expert opinions—including Dahlgren's—founded on similar flawed methodology. Accordingly, as explained more fully in the brief Textron is filing concurrently with this motion, Plaintiffs should not be able to present any evidence pertaining to Dahlgren's opinions.

Respectfully submitted,

/s/ *Frank J. Deveau*
Frank J. Deveau
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3500 (Phone)
(317) 713-3699 (Fax)
fdeveau@taftlaw.com

Counsel for Defendant
TEXTRON, INC.

## Certificate of Service

The undersigned hereby certifies that on November 1, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Glenn D. Bowman, Esq.<br>STEWART & IRWIN, P.C.<br>gbowman@silegal.com | James W. Brauer, Esq.<br>STEWART & IRWIN, P.C.<br>jbrauer@silegal.com |
| Nicholas K. Gahl, Esq.<br>STEWART & IRWIN, P.C.<br>ngahl@silegal.com | Donn H. Wray, Esq.<br>STEWART & IRWIN, P.C.<br>dwray@silegal.com |
| Marc A. Menkveld<br>STEWART & IRWIN, P.C.<br>mmenkveld@silegal.com | |

/s/ *Frank J. Deveau*
Frank J. Deveau

1733748.1

2